NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TESSERA, INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**and**

**ELPIDA MEMORY, INC. AND ELPIDA MEMORY (USA) INC.,**
*Intervenors,*

**and**

**SMART MODULAR TECHNOLOGIES, INC.,**
*Intervenor,*

**and**

**ACER, INC., ACER AMERICA CORPORATION, NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., and POWERCHIP SEMICONDUCTOR CORPORATION (now known as Powerchip Technology Corporation),**
*Intervenors,*

**and**

**RAMAXEL TECHNOLOGY, LTD.,**
*Intervenor,*

**and**

**KINGSTON TECHNOLOGY COMPANY, INC.,**
*Intervenor.*

---

2010-1176

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-630.

---

**ON MOTION**

---

**O R D E R**

Powerchip Semiconductor Corporation moves to reform the official caption. Elpida Memory, Inc. and Elpida Memory (USA) Inc. (Elpida) move to withdraw Veronica S. Ascarrunz and Shaun R. Snader as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Powerchip's motion is granted. The revised official caption is reflected above.

(2) Elpida's motion is granted.

FOR THE COURT

**AUG 2 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Morgan Chu, Esq.
G. Hopkins Guy, III, Esq.
Larry L. Shatzer, II, Esq.



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 02 2010

JAN HORBALY
CLERK

Panyin A. Hughes, Esq.
Michael R. Levinson, Esq.
Joseph V. Colaianni, Esq.
Jonathan M. James, Esq.

s20